```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

LEROY WILSON                                              CIVIL ACTION

VERSUS                                                    NO. 05-1522

N. BURL CAIN, WARDEN                                      SECTION "A"(2)

### ORDER

    Petitioner, Leroy Wilson, has filed written objections to the Report and Recommendation filed by the United States Magistrate Judge.  The magistrate judge determined that Wilson's petition for habeas corpus relief is untimely.  Wilson argues that he should not be penalized due to his lawyer's failure to file a timely appeal in state court.

    Wilson has not been penalized based on his late appeal.  As the magistrate judge explained at page 18 of the Report and Recommendation, Wilson's petition is untimely under any conceivable calculation, including a calculation in which he receives the full benefit of his out of time appeal as well as the benefit of any improperly filed submissions in the Louisiana Supreme Court.  In particular, from November 21, 2001, through September 3, 2003, Wilson had no pending state post-conviction or other collateral review proceedings pending whatsoever.  Thus, the federal limitations period ran uninterrupted from November 21, 2001, through September 3, 2003, which is a time period of nearly two

years.

Accordingly;

**IT IS ORDERED** that the petition of Leroy Wilson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred for the reasons assigned by the United States Magistrate Judge.


New Orleans, Louisiana, January 17, 2006.

_____
UNITED STATES DISTRICT JUDGE